# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-4043

———————————————

R.J. REYNOLDS TOBACCO
COMPANY,

  Appellant,

  v.

CHARLES BUSH,

  Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

September 25, 2019

PER CURIAM.

  AFFIRMED.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Charles F. Beall, Jr., of Moore, Hill & Westmoreland, P.A., Pensacola, Charles R.A. Morse of Jones Day, New York, New York, and Brian C. Lea of Jones Day, Atlanta, Georgia, for Appellant.

George A. Vaka and Kurt J. Rosales of Vaka Law Group, P.L., and James D. Clark, Don Greiwe, C. Todd Alley, and Katherine Chambers of Alley Clark Greiwe, Tampa, for Appellee.